## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Epic Trading International, LLC )
)
                Plaintiff(s), )
)
v. )    Case No.: 2:21-cv-00512-JCM-BNW
)
Saleh Carver Enterprises, LLC et al )    **DEFAULT**
)
                Defendant(s). )
)

It appearing from the records in the above-entitled action that Summons issued on the __Original__ Complaint __March 29, 2021__
(Original, Amended, etc)          (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __Saleh Carver Enterprises, LLC, Thomas Carver,__

__Ali Saleh__

in the above-entitled action is hereby entered.

DATED: __8/9/2021__                    DEBRA K. KEMPI, CLERK

                                                By: __D. Johnson__
                                                       Deputy Clerk